# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Anthony John Rojas**<br>DOB: 1999; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-04489MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(2)(B)(ii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 13, 2018, at or near Douglas, in the District of Arizona, **Anthony John Rojas**, did knowing or in reckless disregard of the fact that certain aliens, including Edgar Ramiro Rodriguez-Ortiz, Hugo Morales-Hernandez and Dora Cortez-Moreno, had not received prior official authorization to come to, enter, or reside in the United States, did bring to or attempt to bring to the United States said aliens, in any manner whatsoever, regardless of any official action which may later be taken with respect to such aliens, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section § 1324(a)(2)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about May 13, 2018, at or near the Douglas Port of Entry, in the District of Arizona, United States Border Patrol Agents (BPA) working the primary lane at the port of entry encountered a 2003, gold Pontiac Grand Am with four individuals in the vehicle. During the inspection of the documents presented by all the individuals, the driver of the vehicle identified as **Anthony John Rojas**, stated that they were all friends and that they were coming from Agua Prieta, Sonora, and were heading home to Douglas. The agent began to do a facial comparisons of the subjects, to the identification cards presented and immediately noticed the facial features did not match. The agent thought it was strange that none of the passengers were able to speak English. The agent suspected that **Rojas** was attempting to smuggle the three passengers into the United States and radioed for help. The three passengers were identified as Edgar Ramiro Rodriguez-Ortiz, Hugo Morales-Hernandez and Dora Cortez-Moreno. BPA determined that all three subjects were in the United States illegally.

In a post-*Miranda* statement, **Rojas** stated he had gone to Agua Prieta, Sonora to look for a friend. **Rojas** stated that while he was in Agua Prieta, he had met an individual name Pablo and was asked if he would smuggle three people into the United States. **Rojas** stated he picked up Rodriguez-Ortiz, Morales-Hernandez and Cortez-Moreno at a church and was supposed to deliver them to the Walmart in Douglas. **Rojas** also stated he was be paid $500.00 per person once he delivered them to Douglas.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Edgar Ramiro Rodriguez-Ortiz, Hugo Morales-Hernandez and Dora Cortez-Moreno

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>May 14, 2018 |

1) See Federal rules of Criminal Procedure Rules 3 and 54