ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
CHRISTOPHER J. CURRAN
Special Assistant United States Attorney
State Bar No. 025227
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: christopher.curran@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 18-cr-01018-TUC-RCC (DTF) |
| Plaintiff, | |
| vs. | SENTENCING MEMORANDUM |
| Anthony John Rojas | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby submits the following Sentencing Memorandum.

On June 5, 2018, the defendant, Anthony John Rojas, pled guilty to an information charging Conspiracy to Transport Illegal Aliens for Profit in violation of 8 U.S.C. §1324. The government has reviewed the Presentence Report (PSR) and has no objection to the guideline calculation of a total offense level of 10 and the defendant's placement in Criminal History Category II. The plea agreement entered into by the parties provides for a sentence not to exceed 36 months incarceration. Sentencing is set for February 4, 2019.

Having reviewed the findings and recommendation contained in the PSR, the government concurs with probation's recommendation of a 9 month sentence and believes it is consistent with the application of the sentencing factors outlined in 18 U.S.C. § 3553(a) and takes into consideration the defendant's characteristics as well as his criminal history and his current offense conduct.

Respectfully submitted this 31st day of January, 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Christopher J. Curran*
CHRISTOPHER J. CURRAN
Special Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 31st day of January, 2019, to:

All ECF Participants